# EDDIE JEAN CARR
CHANCERY CLERK
P. O. Box 686
Jackson, Mississippi 39205-0686

## CLERK'S CERTIFICATE

**THE STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

I, Eddie Jean Carr, Clerk of the Chancery Court of Hinds County, Mississippi, the same being a court of record, do hereby certify that the foregoing _14_ pages are true, full and complete copies of all papers filed herein in Cause Number _P01-391_ styled:

" _Petition For Appointment of Guardian_ "

as the same are and remain on file and of record in my office.

In witness whereof, I hereto set my hand and official seal of said court, at my office, in the City of Jackson, County of Hinds, State of Mississippi, this the _30th_ day of _January_, 20____.

**EDDIE JEAN CARR, Chancery Clerk**

(SEAL)

By: _____, D.C.

c:\My Files\Forms\clkcert.frm

RESPONDENT'S ATTACHMENT 1

IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP OF
ISIAH HENYARD

Cause No. P-2007-391 T/1

TAMMIKO HARRISON

PETITIONER

## ENTRY OF APPEARANCE

Please take note that Attorney S. Malcolm O. Harrison, Attorney At Law, hereby enters

his appearance as counsel of record for Petitioner, Tammiko Harrison in this cause.

This the 6th day of June 2013.

Respectfully Submitted:

S. Malcolm O. Harrison, Esq.

S. Malcolm O. Harrison MSB# 9965
Attorney At Law
P.O. Box 483
Jackson, MS  39205-0483
601/948-5030
malcolm.harrison@comcast.net

F I L E D

JUN 06 2013

EDDIE JEAN CARR, CHANCERY CLERK
BY _DNSanders_ D.C.

Page 1 of 1

## IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
## OF HINDS COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP OF
ISIAH HENYARD                                   Cause No. P2007-391 T/1

### SECOND ANNUAL ACCOUNTING

COMES NOW Tammiko Harrison, Guardian of the Person and estate of Isiah Henyard, and files this Second Accounting from June 1, 2011 to May 31, 2012 and would show unto the Court the following:

1.      The beginning balance on or about June 1, 2011, in the Guardian's client trust account was $111,228.06.

2.      Petitioner has received into the guardianship during that period of time in the amount of $32,556.00.  The deposits are reflected in exhibit "A" and as attached hereto.

3.      Petitioner has disbursed funds in the amount of $28,710.09 from the guardianship during that period of time.  The disbursements are reflected in exhibit "B" as attached hereto. .

4.      The balance on hand as of May 31, 2012, located in Regions Bank, of Jackson, Mississippi, checking account balance was $115,073.97.

Respectfully submitted this the ___6___ day of ____June____, 2013.

Tammiko Harrison.
Guardian of ISIAH HENYARD

OF COUNSEL:

Malcolm O. Harrison, (MSB# 9965)
Attorney At Law
Post Office Box 483
Jackson, MS 39205
601.948.5030

FILED

JUN 06 2013

EDDIE JEAN CARR, CHANCERY CLERK
BY _____ D.C.

STATE OF MISSISSIPPI
COUNTY OF HINDS

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Tammiko Harrison, after having been duly sworn by me, stated on oath that the matters and facts contained herein are true and correct as therein stated to the best of her knowledge and belief.

_____
Tammiko Harrison

SWORN TO AND SUBSCRIBED before me, this the ___6___ day of __June__ 2013.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

_____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 58826
STACIE MURRAY
Commission Expires
March 7, 2016
SCOTT COUNTY

3

5/13/2013

Transactions by Category
Isiah Henyard

6/1/2011 through 5/30/2012

Page 1

## Income Categories

| Num | Date | Payee | Memo | Category | Amount |
|-----|------|-------|------|----------|--------|
| **Monthly Benefits** | | | | | |
| | 3/30/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 3/1/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 2/1/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 12/30/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 12/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 11/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 9/30/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 9/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 8/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 7/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 6/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 5/1/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| **Total Monthly Benefits** | | | | | 32,556.00 |
| **Total Income Categories** | | | | | 32,556.00 |
| **Grand Total** | | | | | 32,556.00 |

Exhibit A

Page 1

2013

...actions by Category
...Henyard

...011 through 5/30/2012

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|

**...nse Categories**

**...ies**

**Electricity**

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| | 1/19/2012 | ENTERGY MISSISSI BAN... | | Utilities : Electricity | (14.39) |
| | 11/17/2011 | ENTERGY MISSISSI BAN... | | Utilities : Electricity | (14.13) |
| | 2/21/2012 | ENTERGY MISSISSI BAN... | | Utilities : Electricity | (12.11) |
| | 10/19/2011 | ENTERGY MISSISSI BAN... | | Utilities : Electricity | (15.82) |
| | 9/19/2011 | ENTERGY MISSISSI BAN... | | Utilities : Electricity | (55.19) |
| | 12/19/2011 | ENTERGY MISSISSI BAN... | | Utilities : Electricity | (13.06) |
| Debit | 8/19/2011 | ENTERGY MISSISSI BAN... | | Utilities : Electricity | (121.96) |
| Debit | 6/21/2011 | ENTERGY MISSISSI BAN... | | Utilities : Electricity | (92.50) |
| Debit | 7/20/2011 | ENTERGY MISSISSI BAN... | | Utilities : Electricity | (115.52) |

**Utilities** (454.68)

**...sportation**

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1082 | 8/9/2011 | Love & Gracious | Train ticket | Transportation | (50.00) |
| 1094 | 10/28/2011 | Isiah Henyard | Reimbursement for train fare | Transportation | (110.00) |
| 1103 | 12/8/2011 | Love & Gracious | | Transportation | (269.00) |
| 1120 | 2/16/2012 | Isiah Henyard | Travel Home | Transportation | (200.00) |

**Transportation** (629.00)

**...nal Spending**

**Personal Spending - Unassigned**

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1067 | 6/6/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1068 | 6/13/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1069 | 6/20/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1071 | 6/27/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1072 | 6/30/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1075 | 7/11/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1076 | 7/19/2011 | Isiah Henyard | | Personal Spending | (200.00) |

Exhibit B

5/13/2013

Page 2

Transactions by Category
Isiah Henyard

6/1/2011 through 5/30/2012

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1077 | 7/25/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1078 | 8/5/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1087 | 9/2/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1088 | 9/20/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1090 | 10/5/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1091 | 10/20/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1094 | 10/28/2011 | Isiah Henyard | | Personal Spending | (250.00) |
| 1096 | 11/1/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1097 | 11/18/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1100 | 1/6/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1101 | 12/19/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1105 | 1/6/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1106 | 1/13/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1117 | 2/3/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1118 | 2/16/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1122 | 3/5/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1123 | 3/19/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1129 | 4/4/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1130 | 4/23/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1134 | 5/4/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1135 | 5/17/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| | | | | | (5,650.00) |

Total Personal Spending    (5,650.00)

Miscellaneous
Miscellaneous - Unassigned
| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1080 | 8/1/2011 | Mandrell Brown | Moving Labor | Miscellaneous | (100.00) |
| 1081 | 8/3/2011 | Northside Apartments | Debris Removal, Cleaning & Damages | Miscellaneous | (255.00) |
| 1083 | 8/6/2011 | WAL-MART STORES | Moving Expense | Miscellaneous | (214.03) |
| 1085 | 8/23/2011 | Tammiko Harrison | Reimbursement for Debit Money Card | Miscellaneous | (253.00) |
| 1104 | 12/19/2011 | Isiah Henyard | Merry Christmas | Miscellaneous | (500.00) |
| 1111 | 1/10/2012 | Tammiko Harrison | Reimbursement for Cell Phone Deposit | Miscellaneous | (750.00) |
| 1115 | 1/19/2012 | Malcolm Harrison | Court Appearance - Forge Checks | Miscellaneous | (1,000.00) |

Exhibit B

5/13/2013

Transactions by Category
Isiah Henyard

6/1/2011 through 5/30/2012

Page 3

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| | | | | | (3,672.03) |
| **Total Miscellaneous** | | | | | (3,672.03) |
| **Groceries** | | | | | |
| 1126 | 3/20/2012 | Kroger | | Groceries | (134.45) |
| **Total Groceries** | | | | | (134.45) |
| **Custodian Fee** | | | | | |
| 1064 | 6/1/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1070 | 6/20/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1073 | 7/1/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1079 | 8/23/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1089 | 9/9/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1092 | 10/13/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1098 | 11/2/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1102 | 12/22/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1107 | 1/10/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1119 | 2/6/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1124 | 3/7/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1131 | 4/11/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1136 | 5/16/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| **Total Custodian Fee** | | | | | (3,900.00) |
| **Clothing** | | | | | |
| **Clothing - Unassigned** | | | | | |
| | 3/27/2012 | REPEATSTREET     PURC... | | Clothing | (233.40) |
| | 1/10/2012 | BURLINGTON COAT PUR... | | Clothing | (156.11) |
| 1114 | 1/10/2012 | Tammiko Harrison | Reimbursement for Clothing | Clothing | (44.94) |
| | | | | | (434.45) |
| **Total Clothing** | | | | | (434.45) |

5/13/2013

Transactions by Category
Isiah Henyard

6/1/2011 through 5/30/2012

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Bills** | | | | | |
| **Telephone** | | | | | |
| | 5/3/2012 | AT&T SERVICES     CHECK... | | Bills : Telephone | (266.53) |
| | 3/2/2012 | AT&T SERVICES     CHECK... | | Bills : Telephone | (133.32) |
| | 2/13/2012 | AT&T CARE     PAYMENT | | Bills : Telephone | (182.73) |
| | 4/24/2012 | AT&T SERVICES     CHECK... | | Bills : Telephone | (126.50) |
| 1112 | 1/9/2012 | Radioshack | Phone & Accessories | Bills : Telephone | (49.19) |
| | | | | | (758.27) |
| **Rent** | | | | | |
| 1066 | 6/2/2011 | Northside Apartments | | Bills : Rent | (435.00) |
| 1074 | 7/8/2011 | Northside Apartments | | Bills : Rent | (485.00) |
| 1082 | 8/9/2011 | Love & Gracious | | Bills : Rent | (1,407.21) |
| 1086 | 9/2/2011 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1093 | 10/4/2011 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1095 | 11/1/2011 | Love & Gracious | | Bills : Rent | (1,300.00) |
| 1099 | 12/2/2011 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1108 | 1/6/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1109 | 1/6/2012 | Love & Gracious | | Bills : Rent | (50.00) |
| 1116 | 2/3/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1121 | 3/5/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1128 | 4/4/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1133 | 5/4/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| | | | | | (13,677.21) |
| **Total Bills** | | | | | (14,435.48) |
| **Total Expense Categories** | | | | | (28,710.09) |
| **Grand Total** | | | | | (28,710.09) |

Page 4

Exhibit B



**DEPARTMENT OF VETERANS AFFAIRS**
**Louisville Fiduciary Hub**
**PO Box 3487**
**Louisville, KY 40201**

P07-391

TAMMIKO L HARRISON
LEGAL CUSTODIAN FOR
ISIAH HENYARD
P O BOX 1360
RAYMOND, MS 39154

June 27, 2014
327/21G/406

In Reply Refer To:
HENYARD, Isiah
CSS: 434  61 1439

Dear Ms. Harrison:

We sent a letter dated September 21, 2013, stating that we were not able to approve the accountings for 6/1/2011 through 5/31/2012 and 6/1/2012 through 7/1/2013.

We are notifying the Chancery court of the First Judicial District of Hinds County Mississippi, 316 S. President Street, Jackson, MS 39201 of our decision.

We have not received these corrections; you should submit the corrections within 15 days of receipt of this letter. Your failure to submit the delinquent accounting correction may result in an investigation for misuse/misappropriations of funds due to your failure.

With these corrected accountings you will need to explain as requested in the previous letter information concerning the debit money card in the amount of $253.00, as reimbursement to Tammiko Harrison on 8-17-2011, explain why custodian fee was taken twice in the month of June 2011 (taken 6-1-2011 and 6-20-2011).

You will need to include as income the VA benefit check received by you on 7-1-2013 in the amount of $2,816.00.

Even though you were replaced as custodian you are still required to complete and submit these corrected accountings.  You are to submit a copy of the cashier check to show the funds that were turned over to the new fiduciary and have the banking institution complete the VA Form 21-4718a to show that the account has been closed and zeroed.

When you were appointed fiduciary you signed an agreement that you would perform your fiduciary responsibilities according to the instructions given by the field examiner at the time of your appointment, which included submitting an annual and timely accounting.



F I L E D
JUL 03 2014
EDDIE JEAN CARR, CHANCERY CLERK
BY_____ D.C.

# TONYA W. ANDERSON, C.C.A.
### CHANCERY COURT ADMINISTRATOR



PHONE (601) 714-6309
FAX (601) 973-5587
E-MAIL: TANDERSON@CO.HINDS.MS.US

CHANCERY COURT BUILDING
POST OFFICE BOX 686
JACKSON, MS 39205-0686

## Fifth Chancery Court District
## State of Mississippi

January 15, 2016

S. Malcolm Harrison
Attorney at Law
P.O. Box 483
Jackson, MS 39205-0483

RE: In the Matter of the Guardianship of Isiah Henyard
    Cause No. P-2007-391

Dear Attorney Harrison,

A review of the court file in the above-referenced matter indicates that an annual accounting has not been filed recently.

Pursuant to Mississippi Code Annotated 93-13-67, *"guardian shall, at least once in each year, and oftener if required, exhibit his account, showing the receipts of money on account of his ward, and showing the annual product of the estate under his management, and the sale or other disposition thereof, and showing also each item of his expenditure in the maintenance and education of his ward and in the preservation and management of his estate, supported by legal vouchers."*

Judge Dewayne Thomas is requesting that you file a petition to approve accounting with the Clerk of the Court, and present a proposed order approving accounting within the next fifteen (15) days.

Your prompt attention to this matter is greatly appreciated.

Sincerely,

Tonya W. Anderson
Chancery Court Administrator

**IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI**

IN THE MATTER OF THE GUARDIANSHIP OF
ISIAH HENYARD                                        Cause No. P2007-391 T/1

**MOTION TO APPROVE THIRD AND
FINAL ANNUAL ACCOUNTING, AND PAYMENT OF
GUARDIAN FEES AND TERMINATE GUARDIANSHIP**

COME NOW Tammiko Harrison, Guardian of the estate of Isiah Henyard, and files this motion to Approve Third and Final Annual Accounting, Payment of Guardianship Fees and Terminate Guardianship and would show unto the Court the following:

1.    The Ward Isiah Henyard is an adult resident citizen of the State of Mississippi, whose property and estate is in the Judicial District of Hinds County, Mississippi and has been such for more than six months immediately preceding the filing of this Petition.

2.    Petitioner would show unto the Court that the Ward, Isiah Henyard is a One Hundred (100%) percent-disabled veteran who was first rated incompetent by the Veterans Administration and that rating continues until today.

3.    Petitioner would state to the Court that the previous attorney for the Petitioner, Sherri Flowers is deceased.

4.    That the Department of Veterans Affairs stopped providing benefits to the Guardian for the benefit of Isiah Henyard on July 1, 2013 and that the funds that were in the guardianship account were provided to the Ward. That there are no funds in the Guardianship account and that the account has been closed for some time.

5.    That attached hereto as Exhibit "A' is the Third and Final Annual Accounting and the Petitioner asks that this Court approve such accounting. Additionally, the Petitioner ask that the Court approve the Guardian's fee of $300.00 per month as was the standard for the previous Guardian.

6.    That attached hereto as Exhibit "B" are the documents showing that the guardianship account was closed and the money was sent to the Ward.

7.    This Court has jurisdiction over the parties and the subject matter herein.

**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays that this Court will approve the

accountings, close the Guardianship and release the Guardian.

Respectfully submitted this the 19 day of October, 2020.

Tammiko Harrison
Guardian of Isiah Henyard

Prepared and Presented by:

S. Malcolm O. Harrison, Esq. (MSB# 9965)
P.O. Box 483
Jackson, MS 39205
Telephone: (601) 948-5030
Malcolm.harrison@malcolmharrisonlawoffice.com

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

Personally appeared before me, the undersigned authority in and for the jurisdiction

aforesaid, the within named Tammiko Harrison after having been duly sworn by me, stated on

oath that the matters and facts contained herein are true and correct as therein stated to the best of

her knowledge and belief.

Tammiko Harrison

SWORN TO AND SUBSCRIBED before me, this the 19 day of October, 2020.

NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 58826
STACIE MURRAY
Commission Expires
March 7, 2024
SCOTT COUNTY

MY COMMISSION EXPIRES:

March 7, 2024

Page 2 of 3

**IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI**

IN THE MATTER OF THE GUARDIANSHIP OF
ISIAH HENYARD                                              Cause No. P2007-391 T/1

## THIRD AND FINAL ANNUAL ACCOUNTING

COMES NOW Tammiko Harrison, Guardian of the Person and estate of Isiah Henyard, and files this Third and Final Annual Accounting from June 1, 2012 to September 30, 2013 and would show unto the Court the following:

1.    The beginning balance on or about June 1, 2012, in the Guardianship account was $115,073.97.

2.    Petitioner has received into the guardianship during that period of time in the amount of $39,095.  The deposits are reflected in exhibit "A" and as attached hereto.

3.    Petitioner has disbursed funds in the amount of $34,731.89 from the guardianship during that period of time.  The disbursements are reflected in exhibit "B" as attached hereto.

4.    The balance on hand as of September 30, 2013, located in Regions Bank, of Jackson, Mississippi is $119,437.08.  A summary of the income and expenses categories are reflected in exhibit "C" as attached hereto.

Respectfully submitted this the ___ day of _____, 2020.

_____
Tammiko Harrison
Guardian of ISIAH HENYARD

Prepared by:

_____
Malcolm Harrison, Esq. (MB #9965)
Post Office Box 483
Jackson, Mississippi 39205-0483
(601) 948-5030
Malcolm.harrison@malcolmharrisonlawoffice.com

EXHIBIT
A
ALL-STATE LEGAL®

Page 1 of 2

STATE OF MISSISSIPPI
COUNTY OF HINDS

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Tammiko Harrison after having been duly sworn by me, stated on oath that the matters and facts contained herein are true and correct as therein stated to the best of her knowledge and belief.

Tammiko Harrison

SWORN TO AND SUBSCRIBED before me, this the 19th day of October, 2020.

NOTARY PUBLIC

MY COMMISSION EXPIRES:

March 7, 2024

Page 1

**Transactions by Category**
Isiah Henyard
7/1/2010 through 11/08/2019

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Income Categories** | | | | | |
| **Veteran Affairs** | | | | | |
| **Other** | | | | | |
| | 8/30/2010 | Malcolm Harrison | Previous Custodian | Veteran Affairs : Other | 95,604.96 |
| | | | | | 95,604.96 |
| **Total Veteran Affairs** | | | | | 95,604.96 |
| **Other Income** | | | | | |
| **Miscellaneous** | | | | | |
| | 6/7/2012 | ENTERGY MISSISSI BANK DRAFT | Refund of Deposit | Other Income : Miscellane... | 209.76 |
| | | | | | 209.76 |
| **Total Other Income** | | | | | 209.76 |
| **Monthly Benefits** | | | | | |
| | 7/21/2010 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 7/21/2010 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 8/6/2010 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 9/7/2010 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 10/6/2010 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 11/23/2010 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 12/1/2010 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 12/30/2010 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 2/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 3/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 4/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 4/29/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 6/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 7/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 8/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 9/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 9/30/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |

*Exhibit A*

**EXHIBIT "B"**

11/17/2019

Page 2

**Transactions by Category**

Isiah Hanyard

**7/1/2010 through 11/17/2019**

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| | 11/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 12/1/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,673.00 |
| | 12/30/2011 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 2/1/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 3/1/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 3/30/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 5/1/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 6/1/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 6/29/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 8/1/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 8/31/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 10/1/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 11/1/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 11/30/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 12/31/2012 | Department of Veteran Affairs | | Monthly Benefits | 2,769.00 |
| | 2/1/2013 | Department of Veteran Affairs | | Monthly Benefits | 2,816.00 |
| | 3/1/2013 | Department of Veteran Affairs | | Monthly Benefits | 2,816.00 |
| | 4/1/2013 | Department of Veteran Affairs | | Monthly Benefits | 2,816.00 |
| | 5/1/2013 | Department of Veteran Affairs | | Monthly Benefits | 2,816.00 |
| | 5/31/2013 | Department of Veteran Affairs | | Monthly Benefits | 2,816.00 |
| | 7/1/2013 | Department of Veteran Affairs | | Monthly Benefits | 2,816.00 |

**Total Monthly Benefits**     103,727.00

**Total Income Categories**     199,541.72

**Grand Total**     199,541.72

Exhibit A

11/17/2019

**Transactions by Category**
Isiah Henyard

7/1/2010 through 11/17/2019

Page 1

| Num | Date | Payee | Memo | Category | Amount |
|-----|------|-------|------|----------|--------|
| **Expense Categories** | | | | | |
| **Expense** | | | | | |
| **VOID** | 9/12/2010 | | | | 0.00 |
| Total Expense - Unassigned | | | | | 0.00 |
| **Utilities** | | | | | |
| **Electricity** | | | | | |
| 1002 | 8/11/2010 | ENTERGY UTILITY  PAYMENT | | Utilities : Electricity | (69.06) |
| 1008 | 9/7/2010 | ENTERGY UTILITY  PAYMENT | | Utilities : Electricity | (52.94) |
| Debit | 10/19/2010 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (69.15) |
| Debit | 11/18/2010 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (25.02) |
| Debit | 12/20/2010 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (28.68) |
| Debit | 1/20/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (56.98) |
| Debit | 2/22/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (75.71) |
| Debit | 3/21/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (68.89) |
| Debit | 4/21/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (23.71) |
| Debit | 5/20/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (63.76) |
| Debit | 6/21/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (92.50) |
| Debit | 7/20/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (115.52) |
| Debit | 8/19/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (121.96) |
| Debit | 9/19/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (55.19) |
| Debit | 10/19/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (15.82) |
| Debit | 11/17/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (14.13) |
| Debit | 12/19/2011 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (13.06) |
| Debit | 1/19/2012 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (14.39) |
| Debit | 2/21/2012 | ENTERGY MISSISSI BANK DRAFT | | Utilities : Electricity | (12.11) |
| | | | | | (988.58) |
| Total Utilities | | | | | (988.58) |
| **Transportation** | | | | | |
| 1082 | 8/9/2011 | Love & Gracious | | Transportation | (50.00) |

Exhibit B

11/17/2019

Transactions by Category
Isiah Henyard

7/1/2010 through 11/17/2019

Page 2

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1094 | 10/28/2011 | Isiah Henyard | Train ticket | Transportation | (110.00) |
| 1103 | 12/8/2011 | Love & Gracious | Reimbursement for train fare | Transportation | (269.00) |
| 1120 | 2/16/2012 | Isiah Henyard | Travel Home | Transportation | (200.00) |
| 1145 | 7/5/2012 | Isiah Henyard | | Transportation | (200.00) |
| 1167 | 12/3/2012 | Love & Gracious | | Transportation | (150.00) |
| 1192 | 4/5/2013 | Love & Gracious | Repayment for Travel | Transportation | (200.00) |

Total Transportation (1,179.00)

Personal Spending

Personal Spending - Unassigned

| Num | Date | Payee | Category | Amount |
|---|---|---|---|---|
| 1005 | 8/30/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1006 | 9/3/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1009 | 9/12/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1011 | 9/20/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1012 | 9/27/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1014 | 10/1/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1016 | 10/11/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1018 | 10/18/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1019 | 10/25/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1021 | 11/1/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1024 | 11/8/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1025 | 11/15/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1026 | 11/22/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1027 | 11/29/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1028 | 12/6/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1030 | 12/13/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1032 | 12/20/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1034 | 12/27/2010 | Isiah Henyard | Personal Spending | (200.00) |
| 1035 | 1/3/2011 | Isiah Henyard | Personal Spending | (200.00) |
| 1036 | 1/10/2011 | Isiah Henyard | Personal Spending | (200.00) |
| 1038 | 1/17/2011 | Isiah Henyard | Personal Spending | (200.00) |
| 1039 | 1/24/2011 | Isiah Henyard | Personal Spending | (200.00) |
| 1040 | 1/31/2011 | Isiah Henyard | Personal Spending | (200.00) |

Exhibit B

11/17/2019

**Transactions by Category**
Isiah Henyard

7/1/2010 through 11/17/2019

Page 3

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1041 | 2/7/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1042 | 2/14/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1044 | 2/21/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1047 | 2/28/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1048 | 3/7/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1049 | 3/14/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1050 | 3/21/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1051 | 3/28/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1052 | 4/4/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1055 | 4/11/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1056 | 4/18/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1057 | 4/20/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1058 | 4/25/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1060 | 5/2/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1061 | 5/9/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1062 | 5/16/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1063 | 5/23/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1067 | 6/6/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1068 | 6/13/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1069 | 6/20/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1071 | 6/27/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1072 | 6/30/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1075 | 7/11/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1076 | 7/19/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1077 | 7/25/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1078 | 8/5/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1087 | 9/2/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1088 | 9/20/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1090 | 10/5/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1091 | 10/20/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1094 | 10/28/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1096 | 11/1/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| 1097 | 11/18/2011 | Isiah Henyard | | Personal Spending | (250.00) |
| 1101 | 12/19/2011 | Isiah Henyard | | Personal Spending | (200.00) |
| | | | | | (200.00) |

11/17/2019

Transactions by Category
Isiah Henyard

7/1/2010 through 11/17/2019

Page 4

| Num | Date | Payee | Memo | Category | Amount |
|-----|------|-------|------|----------|--------|
| 1100 | 1/6/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1105 | 1/6/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1106 | 1/13/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1117 | 2/3/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1118 | 2/16/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1122 | 3/5/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1123 | 3/19/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1129 | 4/4/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1130 | 4/23/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1134 | 5/4/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1135 | 5/17/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1139 | 6/1/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1142 | 6/11/2012 | Love & Gracious | | Personal Spending | (200.00) |
| 1140 | 6/25/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1145 | 7/5/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1146 | 7/23/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1149 | 8/6/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1150 | 8/20/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1154 | 9/5/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1155 | 9/19/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1159 | 10/5/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1160 | 10/19/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1163 | 11/2/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1164 | 11/16/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1168 | 12/3/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1169 | 12/17/2012 | Isiah Henyard | | Personal Spending | (200.00) |
| 1175 | 1/3/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1176 | 1/22/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1181 | 2/6/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1182 | 2/25/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1185 | 3/5/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1186 | 3/19/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1189 | 4/2/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1190 | 4/16/2013 | Isiah Henyard | | Personal Spending | (200.00) |

Fig. 12

11/17/2019

**Transactions by Category**
Isiah Henyard

7/1/2010 through 11/17/2019

Page 5

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1194 | 5/3/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1195 | 5/21/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1198 | 6/7/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1199 | 6/17/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1202 | 7/8/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1203 | 7/16/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1207 | 8/2/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| 1208 | 8/15/2013 | Isiah Henyard | | Personal Spending | (200.00) |
| | | | | | (19,850.00) |

**Total Personal Spending** | | | | | (19,850.00)

**Miscellaneous**

**Miscellaneous - Unassigned**

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1003 | 8/26/2010 | Isiah Henyard | Birthday Funds | Miscellaneous | (500.00) |
| 1017 | 10/11/2010 | Northside Apartments | Damages/Late Fee | Miscellaneous | (50.00) |
| 1020 | 10/27/2010 | Isiah Henyard | Funeral Travel | Miscellaneous | (250.00) |
| 1031 | 12/13/2010 | Northside Apartments | Damages/Late Fee | Miscellaneous | (50.00) |
| 1033 | 12/20/2010 | Isiah Henyard | Christmas | Miscellaneous | (300.00) |
| 1043 | 2/15/2011 | Northside Apartments | Damages/Late Fee | Miscellaneous | (55.00) |
| 1052 | 4/4/2011 | Isiah Henyard | | Miscellaneous | (50.00) |
| 1080 | 8/1/2011 | Mandrell Brown | Moving Labor | Miscellaneous | (100.00) |
| 1081 | 8/3/2011 | Northside Apartments | Debris Removal, Cleaning & ... | Miscellaneous | (255.00) |
| 1083 | 8/6/2011 | WAL-MART STORES | Moving Expense | Miscellaneous | (214.03) |
| 1085 | 8/23/2011 | Tammiko Harrison | Reimbursement for Debit Mo... | Miscellaneous | (253.00) |
| 1104 | 12/19/2011 | Tammiko Harrison | Merry Christmas | Miscellaneous | (500.00) |
| 1111 | 1/10/2012 | Tammiko Harrison | Reimbursement for Cell Phon... | Miscellaneous | (750.00) |
| 1115 | 1/19/2012 | Malcolm Harrison | Court Appearance - Forge Ch... | Miscellaneous | (1,000.00) |
| | 9/27/2012 | BRUNSWICK COMP    DEBITS | | Miscellaneous | (500.00) |
| 1170 | 12/17/2012 | Isiah Henyard | Christmas | Miscellaneous | (250.00) |
| | 1/22/2013 | WAL-MART STORES | Headphones | Miscellaneous | (16.22) |
| 1205 | 7/1/2013 | Radioshack | Phone & Accessories | Miscellaneous | (85.59) |
| 1209 | 8/2/2013 | Love & Gracious | Clothing | Miscellaneous | (200.00) |
| | 11/8/2013 | Regions Bank | Counter Check Fee | Miscellaneous | (8.00) |

Exhibit B

11/17/2019

Transactions by Category
Isiah Henyard

7/1/2010 through 11/17/2019

Page 6

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **checks** | | | | | |
| **Miscellaneous** | | | | | |
| Debit | 11/8/2013 | Debra Giles/Isiah Henyard | Account Close Out | Miscellaneous | (119,429.08) |
| | | | | | (124,815.92) |
| | 8/6/2010 | HARLAND CLARKE | | Miscellaneous : checks | (49.00) |
| | | | | | (49.00) |
| **Total Miscellaneous** | | | | | (124,864.92) |
| **Groceries** | | | | | |
| 1126 | 3/20/2012 | Kroger | | Groceries | (134.45) |
| **Total Groceries** | | | | | (134.45) |
| **Food** | | | | | |
| **Food - Unassigned** | | | | | |
| 1143 | 6/22/2012 | Kroger | | Food | (80.95) |
| | 12/10/2012 | WAL-MART STORES | | Food | (213.29) |
| | | | | | (294.24) |
| **Total Food** | | | | | (294.24) |
| **Custodian Fee** | | | | | |
| 1001 | 8/11/2010 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1007 | 9/3/2010 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1015 | 10/6/2010 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1022 | 11/1/2010 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1029 | 12/7/2010 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1037 | 1/10/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1045 | 2/28/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1046 | 3/8/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1054 | 4/4/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1064 | 6/1/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1070 | 6/20/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |

11/17/2019

Transactions by Category
Isiah Henyard

7/1/2010 through 11/17/2019

Page 7

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1073 | 7/1/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1079 | 8/23/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1089 | 9/9/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1092 | 10/13/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1098 | 11/2/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1102 | 12/22/2011 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1107 | 1/10/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1119 | 2/6/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1124 | 3/7/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1131 | 4/11/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1136 | 5/16/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1141 | 6/8/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1147 | 7/3/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1151 | 8/13/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1157 | 10/5/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1161 | 10/18/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1166 | 11/14/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1171 | 12/4/2012 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1177 | 1/2/2013 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1183 | 2/5/2013 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1187 | 3/1/2013 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1191 | 4/9/2013 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1196 | 5/10/2013 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1200 | 6/11/2013 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1204 | 7/2/2013 | Tammiko Harrison | | Custodian Fee | (300.00) |
| 1210 | 8/2/2013 | Tammiko Harrison | | Custodian Fee | (300.00) |

Total Custodian Fee    (11,100.00)

Clothing

Clothing - Unassigned

| 1114 | 1/10/2012 | BURLINGTON COAT | PURCHASE | Clothing | (156.11) |
| | 1/10/2012 | Tammiko Harrison | Reimbursement for Clothing | Clothing | (44.94) |
| | 3/27/2012 | REPEATSTREET | PURCHASE | Clothing | (233.40) |

Page 8

11/17/2019

**Transactions by Category**
Isiah Henyard

7/1/2010 through 11/17/2019

| Num | Date   Payee | Memo | Category | Amount |
|---|---|---|---|---|
| 1170 | 12/17/2012 Isiah Henyard | | Clothing | (250.00) |
| | 1/23/2013 REPEATSTREET   PURCHASE | | Clothing | (120.11) |
| | | | | (804.56) |

**Total Clothing** (804.56)

**Bills**

**Telephone**

| Num | Date   Payee | Memo | Category | Amount |
|---|---|---|---|---|
| 1112 | 1/9/2012 Radioshack | Phone & Accessories | | (49.19) |
| | 2/13/2012 AT&T CARE   PAYMENT | | Bills : Telephone | (182.73) |
| | 3/2/2012 AT&T SERVICES   CHECKPAYMT | | Bills : Telephone | (133.32) |
| | 4/24/2012 AT&T SERVICES   CHECKPAYMT | | Bills : Telephone | (126.50) |
| | 5/3/2012 AT&T SERVICES   CHECKPAYMT | | Bills : Telephone | (266.53) |
| | 6/1/2012 AT&T SERVICES   CHECKPAYMT | | Bills : Telephone | (79.20) |
| | 8/6/2012 AT&T CARE   PAYMENT | | Bills : Telephone | (183.39) |
| | 8/17/2012 AT&T CARE   PAYMENT | | Bills : Telephone | (236.64) |
| | 9/6/2012 AT&T SERVICES   CHECKPAYMT | | Bills : Telephone | (559.41) |
| | 11/19/2012 AT&T CARE   PAYMENT | | Bills : Telephone | (181.76) |
| | 12/3/2012 AT&T SERVICES   CHECKPAYMT | | Bills : Telephone | (328.98) |
| | 2/19/2013 AT&T CARE   PAYMENT | | Bills : Telephone | (177.41) |
| | 3/18/2013 AT&T CARE   PAYMENT | | Bills : Telephone | (458.81) |
| | 5/17/2013 AT&T CARE   PAYMENT | | Bills : Telephone | (207.49) |
| | 6/18/2013 AT&T CARE   PAYMENT | | Bills : Telephone | (417.40) |
| | | | | (3,588.76) |

**Rent**

| Num | Date   Payee | Memo | Category | Amount |
|---|---|---|---|---|
| 1004 | 8/27/2010 Northside Apartments | | Bills : Rent | (435.00) |
| 1013 | 9/30/2010 Northside Apartments | | Bills : Rent | (435.00) |
| 1023 | 11/1/2010 Northside Apartments | | Bills : Rent | (455.00) |
| 1031 | 12/13/2010 Northside Apartments | | Bills : Rent | (455.00) |
| 1043 | 2/15/2011 Northside Apartments | Dec-Jan | Bills : Rent | (870.00) |
| 1053 | 4/6/2011 Northside Apartments | Feb-March | Bills : Rent | (435.00) |
| 1059 | 5/2/2011 Northside Apartments | | Bills : Rent | (435.00) |
| 1066 | 6/2/2011 Northside Apartments | | Bills : Rent | (435.00) |

Exhibit B

11/17/2019

Transactions by Category
Isiah Henyard

7/1/2010 through 11/17/2019

Page 9

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1074 | 7/8/2011 | Northside Apartments | | Bills : Rent | (485.00) |
| 1082 | 8/9/2011 | Love & Gracious | | Bills : Rent | (1,407.21) |
| 1086 | 9/2/2011 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1093 | 10/4/2011 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1095 | 11/1/2011 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1099 | 12/2/2011 | Love & Gracious | | Bills : Rent | (1,300.00) |
| 1108 | 1/6/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1109 | 1/6/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1116 | 2/3/2012 | Love & Gracious | | Bills : Rent | (50.00) |
| 1121 | 3/5/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1128 | 4/4/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1133 | 5/4/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1142 | 6/11/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1144 | 7/5/2012 | Love & Gracious | | Bills : Rent | (1,300.00) |
| 1148 | 8/6/2012 | Love & Gracious | | Bills : Rent | (1,350.00) |
| 1152 | 9/5/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1156 | 10/4/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1165 | 11/2/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1167 | 12/3/2012 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1174 | 1/3/2013 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1180 | 2/6/2013 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1184 | 3/5/2013 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1188 | 4/2/2013 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1193 | 5/3/2013 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1197 | 6/3/2013 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1201 | 7/8/2013 | Love & Gracious | | Bills : Rent | (1,250.00) |
| 1206 | 8/2/2013 | Love & Gracious | | Bills : Rent | (1,495.00) |

Total Bills (36,737.21)

Total Expense Categories (40,325.97)

Grand Total (199,541.72)

(199,541.72)

Exhibit B

 **Regions Bank**

Northside Drive Office
3195 W Northside Drive
Jackson, MS 39213

GUARDIANSHIP OF ISIAH HENYARD
TAMMIKO L HARRISON, CUSTODIAN
PO BOX 1360
RAYMOND MS 39154-1360

| | |
|---|---|
| ACCOUNT # | 0140253651 |

| | |
|---|---|
| Cycle | 001 |
| Enclosures | 26 |
| Page | 0 |
| | 1 of 1 |

## LIFEGREEN CHECKING FOR BUSINESS
July 21, 2010 through July 30, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $0.00 | | Minimum Balance | $5,346 |
| Deposits & Credits | $5,346.00 | + | | |
| Withdrawals | $0.00 | − | | |
| Fees | $0.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | − | | |
| Ending Balance | $5,346.00 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 07/21 | Deposit - Thank You | 5,346.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/21 | 5,346.00 | | | | |

EFFECTIVE WITH YOUR AUGUST 2010
STATEMENT, A REGIONS CHECKCARD WILL NO
LONGER BE REQUIRED IN ORDER TO AVOID THE
MONTHLY FEE FOR YOUR LIFEGREEN CHECKING
FOR BUSINESS ACCOUNT. OTHER REQUIREMENTS
FOR AVOIDING THE FEE WILL STILL APPLY AS
DISCLOSED IN YOUR PRICING SCHEDULE. ASK
YOUR REGIONS BANKER FOR A COPY OF THE
CURRENT PRICING SCHEDULE OR CALL
1-800-REGIONS FOR MORE INFORMATION.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

**Thank You For Banking With Regions!**

 **REGIONS**    **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

GUARDIANSHIP OF ISIAH HENYARD
TAMMIKO L HARRISON, CUSTODIAN
PO BOX 1360
RAYMOND MS 39154-1360

1

| | | |
|---|---|---|
| ACCOUNT # | | 0140253651 |
| Cycle | | 001 |
| | | 26 |
| Enclosures | | 0 |
| Page | | 1 of 2 |

## LIFEGREEN CHECKING FOR BUSINESS
### July 31, 2010 through August 31, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$5,346.00** | Minimum Balance | $5,346 |
| Deposits & Credits | $98,277.96 + | | |
| Withdrawals | $0.00 − | | |
| Fees | $49.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks Converted | $69.06 − | | |
| Checks | $800.00 − | | |
| **Ending Balance** | **$102,705.90** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/06 | Deposit - Thank You | 2,673.00 |
| 08/30 | Deposit - Thank You | 95,604.96 |
| | Total Deposits & Credits | $98,277.96 |

### FEES

| | | |
|---|---|---|
| 08/06 | Harland Clarke  Chk Orders Guardianship O | 49.00 |

### CHECKS CONVERTED BY MERCHANT TO ELECTRONIC WITHDRAWALS

| Date | Check No. | Description of Check Payment | Amount |
|---|---|---|---|
| 08/17 | 1002 | Entergy Utility  Payment | 69.06 |

Checks that are converted by a merchant to an electronic withdrawal are not returned to Regions.  Therefore, if you receive check enclosures or check images with your monthly statement, checks listed above are not included with this statement.

### CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---|---|---|---|---|
| 08/11 | 1001 | 300.00 | | 08/27 | 1003  * | 500.00 |
| | | | | | Total Checks | $800.00 |

* Break In Check Number Sequence.  Missing items may appear in the "Checks Converted by Merchant to Electronic Withdrawals" section of the statement.

THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK. THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**Bank**Plus™

It's more than a name. It's a promise.℠
Member FDIC

Notice to Customer.

The purchase of an Indemnity Bond from your insurance company may be required before a BankPlus official check will be replaced, or refunded in the event the check is lost, misplaced or stolen.

5-709
110

**600150200**

DATE ___08/26/10___

PAY TO THE ORDER OF ___Isiah Henyard___    $95,604.96

BANKPLUS *Ninety Five Thousand Six Hundred Four Dollars AND 96 Cents

DOLLARS

**OFFICIAL CHECK**

FOR ___Michael Harrison/Isiah Henyard___

Drawer: BankPlus

By: _Anthony Wells_

PRESIDENT    VICE PRESIDENT    CASHIER

ISSUED BY MONEYGRAM PAYMENT SYSTEMS, INC., P.O. BOX 9476, MINNEAPOLIS, MN 55480
DRAWEE: THE BANK OF NEW YORK MELLON, EVERETT, MA

⑈600150200⑈ ⑆011007092⑈ ⑆016001203398 4⑈

CheckImage.aspx?Case 3:56:6U1:07-cv-00391    Document #: 5-2    Filed: 10/27/2020    Page 15 of 124    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4..

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
100 W Amite St
Jackson, MS 39201

1001
85-643/653

8/9/10  DATE

PAY TO THE
ORDER OF  Tammika Harrison    $ 300.00

Three hundred + 00/100    DOLLARS

REGIONS

FOR  Aug monthly fee

⑆065305438⑆ 0140253651⑈ 1001

>065300279<
Central Hub
2010-08-10
1200933820



 **REGIONS**    **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

GUARDIANSHIP OF ISIAH HENYARD
TAMMIKO L HARRISON, CUSTODIAN
PO BOX 1360
RAYMOND MS 39154-1360

2

| | |
|---|---|
| ACCOUNT # | 0140253651 |

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN CHECKING FOR BUSINESS
September 1, 2010 through September 30, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $102,705.90 | Minimum Balance | $102,270 |
| Deposits & Credits | $2,673.00 + | | |
| Withdrawals | $0.00 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks Converted | $52.94 – | | |
| Checks | $1,535.00 – | | |
| Ending Balance | $103,790.96 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/07 | Deposit - Thank You | 2,673.00 |

### CHECKS CONVERTED BY MERCHANT TO ELECTRONIC WITHDRAWALS

| Date | Check No. | Description of Check Payment | Amount |
|---|---|---|---|
| 09/14 | 1008 | Entergy Utility Payment | 52.94 |

Checks that are converted by a merchant to an electronic withdrawal are not returned to Regions. Therefore, if you receive check enclosures or check images with your monthly statement, checks listed above are not included with this statement.

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/02 | 1004 | 435.00 | 09/13 | 1009 * | 200.00 |
| 09/07 | 1006 * | 200.00 | 09/20 | 1011 * | 200.00 |
| 09/08 | 1007 | 300.00 | 09/27 | 1012 | 200.00 |
| | | | | Total Checks | $1,535.00 |

\* Break In Check Number Sequence. Missing items may appear in the "Checks Converted by Merchant to Electronic Withdrawals" section of the statement.

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/02 | 102,270.90 | 09/08 | 104,443.90 | 09/14 | 104,190.96 |
| 09/07 | 104,743.90 | 09/13 | 104,243.90 | 09/20 | 103,990.96 |

CheckImage.aspx (1600x616 pixels) · Scale (84%)    https://secureblank.regions.com/balances/CheckImage.ashx?acctIdx=4..

Case 3:16-cv-00891    Document #: 5-2    Filed: 10/27/2020    Page 18 of 124



GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
100 W Amite St
Jackson, MS 39201

1006
65-543/653

9/3/2010

PAY TO THE
ORDER OF    Isiah Henyard    $ 200.⁰⁰

Two hundred and 00/100

REGIONS
FOR Weekly allow. 9/6

⑈065305436⑈ 01402536515⑈ 1006 ⑈00000020000⑈

CSH CHK
DA01502353651
MSID****2588 EXO82562012 BD82261973
P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 12:32P #00065 MSO2001 #006
REGIONS BANK 02/07/10
E2809 : 88 001872d823- 1
►062000019◄

4000717203

Isiah Henyard

$200.00

CheckImage.ashx (PNG Image, 690x417 pixels) - Scaled (84%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4...

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
100 W Auxite St
Jackson, MS 39201

1007
86-543/653

9/3/2010
DATE

PAY TO THE
ORDER OF   Tammiko Harrison                    $ 300.⁰⁰

Three hundred and ⁰⁰/100                       DOLLARS

REGIONS

FOR  Sept Guardianship Fee

⑆065305436⑆ 0140253651⑈ 1007

>065300279<
Central Hub
2010-09-07
1200216853

CheckImage.aspx?Check1607x789 pixels)  Case 3:16-ct-00001  Document #: 5-2     Filed: 10/27/2020     Page 21 of 124  Scale (88%)   https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
100 W Amite St
Jackson, MS 39201

1009

9/12/2010

PAY TO THE ORDER OF  Isiah Henyard     $ 200.00

Two hundred and 00/100    DOLLARS

REGIONS

foo Weekly allowance

CheckImage.ashx (PNG 1618 x 896 x 8) Case 3:17-cv-00363-1 - Scanned image    Document #: 5-2    Filed: 10/37/2020    Page 22 of 124    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.



GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
100 W Amite St
Jackson, MS 39201

1011

PAY TO THE ORDER OF  Isiah Henyard  $ 200

Two hundred and 00/100

REGIONS

FOR  Weekly Allowance

CheckImage.ashx (PNG Ima... 670 × 602 pixels) - Scaled (96%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4



 **REGIONS**    Regions Bank

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

GUARDIANSHIP OF ISIAH HENYARD
TAMMIKO L HARRISON, CUSTODIAN
PO BOX 1360
RAYMOND MS 39154-1360

2

| ACCOUNT # | 0140253651 |
|---|---|

| | |
|---|---|
| Cycle | 001 |
| Enclosures | 26 |
| Page | 0 |
| | 1 of 2 |

## LIFEGREEN CHECKING FOR BUSINESS
October 1, 2010 through October 29, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$103,790.96** | Minimum Balance | $103,590 |
| Deposits & Credits | $2,673.00 + | | |
| Withdrawals | $69.15 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $1,835.00 − | | |
| **Ending Balance** | **$104,559.81** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 10/06 | Deposit - Thank You | 2,673.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 10/19 | Entergy Mississi Bank Draft Guardianship O | 69.15 |

### CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---|---|---|---|---|
| 10/12 | 1013 | 435.00 | | 10/20 | 1017 | 50.00 |
| 10/04 | 1014 | 200.00 | | 10/18 | 1018 | 200.00 |
| 10/07 | 1015 | 300.00 | | 10/25 | 1019 | 200.00 |
| 10/12 | 1016 | 200.00 | | 10/28 | 1020 | 250.00 |

\* Break In Check Number Sequence.       Total Checks    $1,835.00

### DAILY BALANCE SUMMARY

| Date | Balance | | Date | Balance | | Date | Balance |
|---|---|---|---|---|---|---|---|
| 10/04 | 103,590.96 | | 10/12 | 105,328.96 | | 10/20 | 105,009.81 |
| 10/06 | 106,263.96 | | 10/18 | 105,128.96 | | 10/25 | 104,809.81 |
| 10/07 | 105,963.96 | | 10/19 | 105,059.81 | | 10/28 | 104,559.81 |

CheckImage.aspx Case 3:16-cv-00381    Document #: 5-2    Filed: 10/27/2020    Page 25 of 124    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.



CheckImage.ashx (PNG Image, 670 x 594 pixels) - Scaled (87%)    https://secure8ank.regions.com/balances/CheckImage.ashx?acctIdx=4

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

1014
M5-843/863

10/1/10    DATE

PAY TO THE
ORDER OF    Isiah Henyard    $ 200.00

Two hundred and 00/100    DOLLARS

REGIONS

FOR Weekly Allowance

⑆065305436⑆ 0140253651⑆ 1014  ⑈000000 20000⑈ 1

CheckImage.ashx@N25014=1.07xp0406391 - Scanne Case 3:20-cv-00404-CWR-LGI    Document #: 5-2    Filed: 10/27/2020    Page 27 of 124    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.



CheckImage.aspxCase3:NZ6ax1.G70xS810G391 - ScaDvctument #: 5-2    Filed: 10/27/2020    Page 28 of 124 https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

1016

85-543/853

10/11/2010 DATE

PAY TO THE
ORDER OF  Isiah Henyard        $ 200.⁰⁰

Two hundred and 00/100        DOLLARS

REGIONS

for  Weekly allowance

⑈065305436⑈ 0140253651⑈ 1016    ⑈00000 20000⑈

---

CheckImage.ashx (1101×1081 pixels) - Scaled (89%)
Case 3:26-cv-00074-TSL-MTP    Document #: 5-2    Filed: 10/27/2020    Page 29 of 124
https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

1017
85-543/855

10/11/2010
DATE

PAY TO THE
ORDER OF    Northside Apartments    | $ 50.⁰⁰

Fifty    and    ⁰⁰/₁₀₀    DOLLARS

REGIONS

for    Apt late fee pb

⑆065305436⑆ 0140253651⑈ 1017    ⑆0000005000⑆

CheckImage.ashx (PNG Image, 1.07 x 681...0391    Case...Document #: 5-2    Filed: 10/27/2020    Page 30 of 124    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.



CheckImage.a... Case 3:26-cv-00074-TSL Scale (84%) Document #: 5-2    Filed: 10/27/2020    Page 31 of 124    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4..

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

1019

10/25/10   DATE

PAY TO THE
ORDER OF   Isiah Henyard      $ 200.⁰⁰

Two hundred and ⁰⁰/₁₀₀

REGIONS

FOR   Weekly allowance

⑈065305436⑈ 0140253651⑈ 1019   ⑈00000 20000⑈

Isiah Henyard
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

4200451715

8/25/2011 1:49 PM

CheckImage.ashx (PNG Image, 670x594 pixels) - Scaled (87%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4



 **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

GUARDIANSHIP OF ISIAH HENYARD
TAMMIKO L HARRISON, CUSTODIAN
PO BOX 1360
RAYMOND MS 39154-1360

1

| | |
|---|---|
| ACCOUNT # | 0140253651 |

| | |
|---|---|
| | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN CHECKING FOR BUSINESS
October 30, 2010 through November 30, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $104,559.81 | | Minimum Balance | $103,299 |
| Deposits & Credits | $2,673.00 | + | | |
| Withdrawals | $25.02 | – | | |
| Fees | $0.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $1,735.00 | – | | |
| Ending Balance | $105,472.79 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 11/23 | Deposit - Thank You | 2,673.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 11/18 | Entergy Mississi Bank Draft Guardianship O | 25.02 |

### CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---|---|---|---|---|
| 11/01 | 1021 | 200.00 | | 11/15 | 1025 | 200.00 |
| 11/26 | 1022 | 300.00 | | 11/22 | 1026 | 200.00 |
| 11/05 | 1023 | 435.00 | | 11/29 | 1027 | 200.00 |
| 11/08 | 1024 | 200.00 | | | | |
| | | | | | Total Checks | $1,735.00 |

* Break In Check Number Sequence.

### DAILY BALANCE SUMMARY

| Date | Balance | | Date | Balance | | Date | Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | 104,359.81 | | 11/15 | 103,524.81 | | 11/23 | 105,972.79 |
| 11/05 | 103,924.81 | | 11/18 | 103,499.79 | | 11/26 | 105,672.79 |
| 11/08 | 103,724.81 | | 11/22 | 103,299.79 | | 11/29 | 105,472.79 |

CheckImage.ashx... CASE 25cr-01071-pi-00391 Scale (86%) ...ment #: 5-2  https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4... Filed: 10/27/2020    Page 34 of 124

GUARDIANSHIP OF ISIAH HENYARD 07/10                                1021
TAMMIKO L. HARRISON, CUSTODIAN                                   86-543653
P O Box 1360
Raymond, MS 39154                          11/1/2010

PAY TO THE
ORDER OF    Isiah Henyard                    $ 200.⁰⁰
Two hundred + 0/100                          DOLLARS

REGIONS

FOR Weekly allowance

⑆065305436⑆ 0140253651⑈ 1021      ⑆00000 20000⑆

$200.00
CSH CHG
D40110125365L
AM DAVISON
PD11-03-2010 10:15A #00123 MS02008 9004

REGIONS BANK 11/4/10
1X31  SS #000000452
⑈062000019⑉

4200793276

CheckImage.ashx Case 125C4106599 pixels Scaled (87%)     https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4...

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

**1022**
86-543/653

DATE  11/1/2010

PAY TO THE
ORDER OF  Tammiko Harrison          | $ 300.

Three hundred — 00/100          DOLLARS

REGIONS

FOR  Custodian Fee

⑆065305436⑆ 0140253651⑈ 1022

>065300279<
Central Hub
2010-11-24
1200884225

8/25/2011 1:50 P

of 1

CheckImage.ashx (PNG Image, 1703x607 pixels) - Scaled (85%)    https://securebank2.regions.com/balances/CheckImage.ashx?acctIdx=4...

Case 3:26-cv-00031-TSL Document #: 5-2 Filed: 10/27/2026 Page 38 of 124

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

1023
85-643/653

11/1/2010

PAY TO THE ORDER OF  Northside Apts        | $ 435.⁵

Four hundred thirty-five + ⁰⁰/₁₀₀ DOLLARS

REGIONS

Isiah Henyard NY

⑆065305436⑆ 0140253651⑈ 1023   ⑇0000043500⑈

FOR DEPOSIT ONLY
NORTHSIDE APARTMENTS

REGIONS BANK 11/05/10
E66684 SS 0909559996-1
►06200001.9◄
460015706.0

CheckImage.ashx (PNG Image, 670×581 pixels) - Scaled (89%)    http://eduru... 10/27/2020.com/Image.ashx?acctIdx=4..

GUARDIANSHIP OF ISIAH HENYARD 07/10          1024
TAMMIKO L. HARRISON, CUSTODIAN                85-543/653
P O Box 1360
Raymond, MS 39154

11/8/10   DATE

PAY TO THE
ORDER OF    Isiah Henyard              $ 200.00

Two hundred + 00/100                    DOLLARS

REGIONS

FOR  Weekly allowance

⑈065305653⑈ 0140253651⑈ 1024    ⑈000000 20000⑈

Case: 25CH1-07-pr-00391    Document #: 5-2    Filed: 10/27/2020    Page 38 of 124



CheckImage.ashx (PNG Image, 670 x 297 pixels) - Scaled (85%)    https://securebank.regions.com/balances/checkImage.ashx?acctIdx=4...

GUARDIANSHIP OF ISIAH HENYARD 07710
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

1026
86-642/653

11/22/10

PAY TO THE
ORDER OF   Isiah Henyard                    $ 200.00

Two hundred + 00/100

REGIONS

FOR  Walking allowance

⑆065305436⑆ 014025365⑆ 1026 ⑈000002 0000⑈

REGIONS BANK 11/22/10
T6146  SS 042060904-2
▶0620000194◀
4000376390

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

1027
85-543/653

11/29/10 DATE

PAY TO THE
ORDER OF Isiah Henyard                 $ 200.

Two hundred and xx/100        DOLLARS

REGIONS

FOR Weekly alw

⑆065305436⑆ 0140253651⑈ 1027  ⑆00000 20000⑆

$200.00
CSR CHK
D431402536I
AM MCAINES

PDS1-29-2010 09:43A 300059 MS02003 1003

REGIONS BANK 11/29/10
06203 SS 100100/001 2
06200000194

4200721226

 **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

GUARDIANSHIP OF ISIAH HENYARD
TAMMIKO L HARRISON, CUSTODIAN
PO BOX 1360
RAYMOND MS 39154-1360

| | |
|---|---|
| ACCOUNT # | 0140253651 |
| Cycle | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN CHECKING FOR BUSINESS
### December 1, 2010 through December 31, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $105,472.79 | | Minimum Balance | $105,797 |
| Deposits & Credits | $5,346.00 | + | | |
| Withdrawals | $28.68 | – | | |
| Fees | $0.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $2,320.00 | – | | |
| Ending Balance | $108,470.11 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 12/01 | US Treasury 220  VA Benefit Isiah Henyard | 2,673.00 |
| 12/30 | US Treasury 220  VA Benefit Isiah Henyard | 2,673.00 |
| | Total Deposits & Credits | $5,346.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 12/20 | Entergy Mississi Bank Draft Guardianship O | 28.68 |

### CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---|---|---|---|---|
| 12/06 | 1028 | 200.00 | | 12/20 | 1032 | 200.00 |
| 12/10 | 1029 | 300.00 | | 12/20 | 1033 | 300.00 |
| 12/13 | 1030 | 200.00 | | 12/27 | 1034 | 200.00 |
| 12/20 | 1031 | 920.00 | | | | |
| | | | | | Total Checks | $2,320.00 |

* Break In Check Number Sequence.

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 108,145.79 | 12/13 | 107,445.79 | 12/30 | 108,470.11 |
| 12/06 | 107,945.79 | 12/20 | 105,997.11 | | |
| 12/10 | 107,645.79 | 12/27 | 105,797.11 | | |

Case: 25CH1-07-cv-00391    Document #: 5-2    Filed: 10/27/2020    Page 42 of 124

CheckImage.ashx (PNG Image; 670x394 pixels) – Scaled (87%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

1028
85-543/653

12|6|10
DATE

PAY TO THE
ORDER OF ___ Isiah Henyard ___ | $ 200.⁰⁰

two hundred + 00/100 ___ DOLLARS

REGIONS

FOR Weekly allowance

⑆065305436⑆ 0140253651⑈ 1028  ⑈000000020000⑆

$200.00
AM NGAINES
CSH CHK
DA01402S3651
BC 5-6
EB
F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 10:57A #00130 MS02003 #003

4050  40969

Isiah Henyard

REGIONS BANK 12/06/10
E6784J SS 10020N3003- 2
▶062000019◀

4100172905

8/25/2011 1:51 PM

CheckImage.ashx (PNG Image, 670x675 pixels) - Scaled (84%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4...

GUARDIANSHIP OF ISIAH HENYARD 07/10    1029
TAMMIKO L. HARRISON, CUSTODIAN    86-643/855
P O Box 1360
Raymond, MS 39154

5/7/10    DATE

PAY TO THE
ORDER OF    Camilla Harrison    $ 300.

Three hundred and 00/100    DOLLARS

REGIONS

Custodian DEC 2010

⑆065305436⑈ 014025365⑈ 1029

>065300279<
Central Hub
2010-12-09
1200385687

CheckImage.ashx?PNG Image, 670x581 pixels) - Scaled (89%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4...

GUARDIANSHIP OF ISIAH HENYARD 07/10                          1030
TAMMIKO L HARRISON, CUSTODIAN                              85-543/653
P O Box 1360
Raymond, MS 39154

                                    12/13/10
                                             DATE

PAY TO THE
ORDER OF    Isiah Henyard                    $ 200.

Two hundred and no/100                        DOLLARS

⚡ REGIONS

FOR  Weekly allowance

⑈065305436⑈ 0140253651⑈ 1030   ⑈00000 20000⑈

4000021941

CheckImage.ashx (PNG Image, 670x1609 pixels) - Scaled (84%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.

GUARDIANSHIP OF ISIAH HENYARD 07/10    1031
TAMMIKO L. HARRISON, CUSTODIAN    80-843-653
P O Box 1360
Raymond, MS 39154

12/13/10

PAY TO THE
ORDER OF    Northside Apartments    $ 920.00

Nine hundred twenty + 00/100

REGIONS

C:065305436: 0140253651 1031    /000009 2000/

FOR DEPOSIT ONLY
NORTHSIDE APARTMENTS
0000050008

4200153066

Case: 25CH1-07-pr-00391    Document #: 5-2    Filed: 10/27/2020    Page 46 of 124

CheckImage.ashx (PNG Image, 676x594 pixels) - Scaled (87%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.



CheckImage.ashx (PNG Image - 676x616 pixels) - Scaled (84%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.

GUARDIANSHIP OF ISIAH HENYARD 07/10    1033
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

PAY TO THE
ORDER OF    Isiah Henyard    | $ 300 +

Three hundred and    00/100    DOLLARS

REGIONS

FOR Christma Trip

0653054360  0140253651  1033  00000030000

$300.00

REGIONS BANK 12/20/10

4100253657

8/25/2011 1:51 PM

CheckImage.ashx (PNG Image 670x602 pixels) - Scaled (86%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.



 **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

GUARDIANSHIP OF ISIAH HENYARD
TAMMIKO L HARRISON, CUSTODIAN
PO BOX 1360
RAYMOND MS 39154-1360

1

| | |
|---|---|
| ACCOUNT # | 0140253651 |
| Cycle | 001 |
| | 26 |
| Enclosures | 0 |
| Page | 1 of 1 |

## LIFEGREEN CHECKING FOR BUSINESS
### January 1, 2011 through January 31, 2011

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $108,470.11 | Minimum Balance | $107,413 |
| Deposits & Credits | $0.00 + | | |
| Withdrawals | $56.98 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $1,000.00 − | | |
| **Ending Balance** | **$107,413.13** | | |

### WITHDRAWALS

| | | |
|---|---|---|
| 01/20 | Entergy Mississi Bank Draft Guardianship O | 56.98 |

### CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---|---|---|---|---|
| 01/03 | 1035 | 200.00 | | 01/24 | 1039 | 200.00 |
| 01/10 | 1036 | 200.00 | | 01/31 | 1040 | 200.00 |
| 01/18 | 1038 * | 200.00 | | | | |

\* Break In Check Number Sequence.

Total Checks     $1,000.00

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/03 | 108,270.11 | 01/18 | 107,870.11 | 01/24 | 107,613.13 |
| 01/10 | 108,070.11 | 01/20 | 107,813.13 | 01/31 | 107,413.13 |

**THANK YOU FOR CHOOSING REGIONS. WE WORK
HARD TO EARN YOUR TRUST EACH DAY AND
STRIVE TO EXCEED YOUR EXPECTATIONS.**

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

**Thank You For Banking With Regions!**

CheckImage.ashx (PNG Image, 670x694 pixels) - Scaled (87%)    Case 3:20-cv-00391    Document #: 5-2    Filed: 10/27/2020    Page 50 of 124    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4.



CheckImage.ashx (PNG Image, 670x594 pixels) - Scaled (87%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4..

GUARDIANSHIP OF ISIAH HENYARD 07/10    1036
TAMMIKO L. HARRISON, CUSTODIAN    86-543/653
P O Box 1360
Raymond, MS 39154

1/10/2011    DATE

PAY TO THE
ORDER OF    Isiah Henyard    $ 200.00

Two hundred and xx/xx

**REGIONS**

FOR Weekly allwance

⑈065305436⑈ 014025365⑈ 1036    ⑈00000 20000⑈

CheckImage.ashx (PNG Image, 670x602 pixels) - Scaled (86%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4..



CheckImage.ashx (PNG Image, 670x581 pixels) - Scaled (89%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4...



Case 25CH1-97-01-00391    Document #: 5-2    Filed: 10/27/2020    Page 54 of 124

CheckImage.ashx (PNG Image, 690x302 pixels)  Scaled (86%)    https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=4..

GUARDIANSHIP OF ISIAH HENYARD 07/10
TAMMIKO L. HARRISON, CUSTODIAN
P O Box 1360
Raymond, MS 39154

1040
65-645/653

1/31/2011                    DATE

PAY TO THE
ORDER OF    Isiah Henyard              | $ 200.00

Two hundred and 00/100                        DOLLARS

**REGIONS**

FOR Weekly allowance

⑆065305436⑆ 0440253651⑆ 1040   ⑈000020000⑈

$200.00
0401025365!  CSB  CHK      AH FELICIA
P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 11:30A $00195 MS02003 #002

REGIONS  BANK  01/31/11
E6439 | SS  100200306?- 2
⑈062000001⑈

4100635140

8/25/2011 1:52 PM

 **REGIONS**    **Regions Bank**

Jackson 210 E Capitol ST Main
210 East Capitol Street
Jackson, MS 39201

```
GUARDIANSHIP OF ISIAH HENYARD
TAMMIKO L HARRISON, GUARDIAN
PO BOX 1360
RAYMOND MS 39154-1360
```

1

| ACCOUNT # | 0140253651 |
|---|---|

| | |
|---|---|
| Cycle | 001 |
| | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN CHECKING FOR BUSINESS
February 1, 2011 through February 28, 2011

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$107,413.13** | | Minimum Balance | $107,985 |
| Deposits & Credits | $2,673.00 | + | | |
| Withdrawals | $75.71 | – | | |
| Fees | $0.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $2,025.00 | – | | |
| **Ending Balance** | **$107,985.42** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 02/01 | US Treasury 220  VA Benefit Isiah Henyard | 2,673.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 02/22 | Entergy Mississi Bank Draft Guardianship O | 75.71 |

### CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 02/23 | 1037 | 300.00 | 02/15 | 1043 | 925.00 |
| 02/07 | 1041 * | 200.00 | 02/22 | 1044 | 200.00 |
| 02/14 | 1042 | 200.00 | 02/28 | 1047 * | 200.00 |
| | | | | Total Checks | `$2,025.00 |

* Break In Check Number Sequence.

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/01 | 110,086.13 | 02/15 | 108,761.13 | 02/28 | 107,985.42 |
| 02/07 | 109,886.13 | 02/22 | 108,485.42 | | |
| 02/14 | 109,686.13 | 02/23 | 108,185.42 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**